IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY NO. 18-03193-HB |
| ) | |
| DARRELL ANDRE FULLER, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | |
| DARELL ANDRE FULLER, DARYL ANDER ) | **ADV. PROC. NO. 18-80069-HB** |
| FULLER, DARRELL ANDER FULLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF | |
| EDUCATION ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER DISMISSING ADVERSARY PROCEEDING AND DISCHARGING

## STUDENT DEBT

THIS MATTER came before the Court for a Pre-Trial Conference on July 23, 2019. Present at the conference was Assistant U.S. Attorney George J. Conits, on behalf of, the Defendant United States of America, acting on behalf of the United States Department of Education (hereinafter "DOE"). The Plaintiff did not appear.

The Court was informed that the DOE consents to a discharge of the student debt set out in the Certificate of Indebtedness #1 of 1 dated October 18, 2018.

2

THEREFORE, IT IS, HEREBY ORDERED and ADJUDGED that this adversary proceeding is dismissed with prejudice and the above described student debt which is the subject of this action is discharged.

AND IT IS SO ORDERED

**FILED BY THE COURT**
**07/24/2019**



Entered: 07/24/2019

US Bankruptcy Judge
District of South Carolina

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

Adversary Proceeding No.: 18-80069-HB
Bankruptcy No.: 18-03193-HB

**ORDER**

The relief set forth on the following pages, for a total of __3___ pages including this cover page, is hereby ORDERED.